UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSEPH EVANS, | Case No. CV 06-6912 PSG (AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| D. L. RUNNELS, Warden, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: ___June 10, 2011__

_____
Philip S. Gutierrez
United States District Judge